UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.  CV 13-9112-SVW (PLA)                                    Date  February 14, 2014

Title:   Ray Webb v. Officer J. Ackerman, et al.

--------

PRESENT:  THE HONORABLE     PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:
          NONE                                                               NONE

**PROCEEDINGS:**         **(IN CHAMBERS)**

Pursuant to this Court's Order of December 13, 2013, plaintiff was ordered to file two copies of the Proof of Service of the Summons and Complaint in this matter showing compliance with the Court's Order within sixty days of the filing of the Complaint, i.e., by February 11, 2014.  On February 12, 2014, a Proof of Service regarding defendant Officer H. Moore was filed with the Court.  Accordingly, **no later than February 21, 2014, plaintiff is ordered to show cause** why this case should not be dismissed as to the remaining defendants for failure to prosecute and follow court orders.  Filing of the two copies of the Proof of Service on or before February 21, 2014, showing service on the remaining defendants, or plaintiff's request to dismiss the remaining defendants, shall be deemed compliance with this Order to Show Cause.

cc:     Ray Webb, Pro Se

Initials of Deputy Clerk_____ch_____