UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.  CV 13-9112-SVW (PLA)                                    Date  April 21, 2014

Title:   Ray Webb v. Officer J. Ackerman, et al.

---

PRESENT:  THE HONORABLE    PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:
NONE                                                                    NONE

**PROCEEDINGS:**      **(IN CHAMBERS)**

Plaintiff filed a civil rights Complaint on December 10, 2013, against four defendants, J. Ackerman, A. Cazarez, T. Diaz and H. Moore. In the Court's December 13, 2013, Order, plaintiff was ordered to file a proof of service for each of the named defendants no later than February 11, 2014. On February 12, 2014, the Court received a Proof of Service showing service of the summons and complaint upon defendant Moore. To date, defendant Moore has not filed an Answer to the Complaint.

On February 14, 2014, the Court issued an Order to Show Cause concerning service on the remaining three defendants. At that time, plaintiff was ordered to file either proofs of service showing service on the remaining three defendants by February 21, 2014, or a request to dismiss the remaining defendants. As of this date, the Court has not received plaintiff's response to the Order to Show Cause, and the time to do so has passed.

**Plaintiff is once again ordered to show cause why this case should not be dismissed as to defendants J. Ackerman, A. Cazarez and T. Diaz for failure to prosecute and follow court orders. Failure to do so will result in a recommendation that this action be dismissed as to those three defendants. Plaintiff is also ordered to show cause why this action should not be dismissed for lack of prosecution as to defendant Moore.** The Court will consider the filing of an Answer by defendant Moore, or plaintiff's request for entry of default as to that defendant, as an appropriate response to this Order to Show Cause as to defendant Moore. **Failure to respond will result in a recommendation that this action be dismissed as to defendant Moore**.

Plaintiff's response to this Order to Show Cause is due **no later than May 12, 2014.**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Court's Order will result in the dismissal of the entire action.

cc:     Ray Webb, Pro Se

Initials of Deputy Clerk_____ch_____

CV-90 (10/98)                                  CIVIL  MINUTES  -  GENERAL