UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.  CV 13-9112-SVW (PLA)                                          Date  May 12, 2014

Title:   Ray Webb v. Officer J. Ackerman, et al.

---

PRESENT: THE HONORABLE   PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFFS:
NONE

ATTORNEYS PRESENT FOR DEFENDANTS:
NONE

PROCEEDINGS:          (IN CHAMBERS)

Plaintiff filed a civil rights Complaint on December 10, 2013, against four defendants: J. Ackerman, A. Cazarez, T. Diaz and H. Moore. In the Court's December 13, 2013, Order, plaintiff was ordered to file a proof of service for each of the named defendants no later than February 11, 2014. On February 12, 2014, the Court received a Proof of Service showing service of the summons and complaint upon defendant Moore. To date, defendant Moore has not filed an Answer to the Complaint.

On February 14, 2014, the Court issued an Order to Show Cause concerning service on the remaining three defendants. At that time, plaintiff was ordered to file either proofs of service showing service on the remaining three defendants by February 21, 2014, or a request to dismiss the remaining defendants. When, as of April 21, 2014, the Court had not received plaintiff's response to the Order to Show Cause, the Court issued a second Order to Show Cause why the case should not be dismissed as to defendants J. Ackerman, A. Cazarez and T. Diaz for failure to prosecute and follow court orders, and as to defendant Moore for lack of prosecution. The April 21, 2014, Order was returned to the Court on May 7, 2014, with a "Return to Sender/Unable to Forward" notification from the U.S. Postal Service. Despite plaintiff's failure to follow this Court's directive in its December 13, 2013, Order re: Civil Rights Case that plaintiff must notify the Court immediately if his address changes and must provide the Court with the new address, the Court nevertheless has determined from plaintiff's Proof of Service on defendant Moore that plaintiff may be residing at a new address. Thus, the Court clerk is directed to update the Court's docket to reflect the address utilized by plaintiff in Docket No. 5, and to send this Order, as well as the April 21, 2014, and the February 14, 2014, Orders to the new address.

**No later than May 23, 2014**, plaintiff is ordered to show cause why this action should not be dismissed as set forth in the April 21, 2014, Order.

cc:     Ray Webb, Pro Se

Initials of Deputy Clerk     ch

---

CV-90 (10/98)                                 CIVIL   MINUTES  -  GENERAL