UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No. CV 13-9112-PLA                                                    Date April 9, 2015

Title:   Ray Webb v. Officer J. Ackerman, et al.

☐ U.S. DISTRICT JUDGE
PRESENT: THE HONORABLE    PAUL L. ABRAMS
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:
              NONE                                                                  NONE

PROCEEDINGS:        (IN CHAMBERS)

At the trial setting conference on February 10, 2105, plaintiff informed the Court that he expected to retain counsel on or before April 1, 2015. The Court instructed plaintiff that if he did not retain counsel by that date, he was required to so notify the Court. As of this date, no counsel on behalf of plaintiff has filed a notice of appearance with the Court, nor has plaintiff notified the Court that he has not retained counsel. Accordingly, **no later than April 17, 2015**, **plaintiff is ordered to show cause** why this action should not be dismissed for his failure to follow Court orders.


cc:     Ray Webb, Pro Se
        Counsel of record




Initials of Deputy Clerk____ch____

CV-90 (10/98)                                          CIVIL  MINUTES  -  GENERAL