# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RAY WEBB, | No. CV 13-9112-PLA |
| Plaintiff, | **JUDGMENT** |
| v. | |
| OFFICER J. ACKERMAN, et al., | |
| Defendants. | |

This action was tried by a jury in Courtroom 780 of the Roybal Federal Building and United States Courthouse, United States District Court for the Central District of California, the Honorable Paul L. Abrams, United States Magistrate Judge, presiding. Plaintiff Ray Webb ("plaintiff") appeared with attorney Elliott N. Tiomkin. Defendant Officers J. Ackerman, A. Cazares, T. Diaz, and H. Moore (collectively "defendants") appeared with attorney Howard D. Russell and Theodore B. Zinger. Trial commenced on April 25, 2017, and the jury returned a unanimous verdict on May 2, 2017. (See ECF Nos. 128, 155 (Special Verdict Form)). Accordingly, IT IS ADJUDGED as follows:

1. As to plaintiff's claim of excessive force against defendants, brought under 42 U.S.C. § 1983, the jury rendered a verdict finding that each of the defendants used excessive force against plaintiff.

2. As to plaintiff's prayer for compensatory damages, the jury rendered a verdict finding that plaintiff shall recover a total of five-hundred thousand dollars ($500,000.00) in compensatory damages from defendants for past physical, mental, and emotional pain and suffering; and a total of one-hundred thousand dollars ($100,000.00) in compensatory damages from defendants for future physical, mental, and emotional pain and suffering, for a combined total in compensatory damages from defendants of six-hundred thousand dollars ($600,000.00).

3. As to plaintiff's prayer for punitive damages against defendants, the jury rendered a verdict finding that each of the defendants engaged in the conduct with malice, oppression, or reckless disregard of plaintiff's rights, and that plaintiff shall recover five thousand dollars ($5,000.00) from each of the defendants in punitive damages.

DATED: June 22, 2017

*/s/ Paul L. Abrams*
PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE